


Andrea H. Thompson, OSB No. 084923
andrea.thompson@stoel.com
Melissa J. Healy, OSB No. 102176
melissa.healy@stoel.com
Alisha L. Kormondy, OSB No. 173916
alisha.kormondy@stoel.com
STOEL RIVES LLP
760 SW Ninth Avenue, Suite 3000
Portland, OR 97205
Telephone: 503.224.3380
Facsimile: 503.220.2480

Attorneys for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

ELIZABETH ANNE DEVAN-SONG,

Plaintiff,

v.

OREGON STATE UNIVERSITY and PENELOPE DAUGHERTY,

Defendant.

Case No.: 6:20-CV-02126-MC

MOTION FOR EXTENSION OF TIME TO APPEAR

**RULE 7-1 CERTIFICATION**

Pursuant to LR 7-1, counsel for defendants Oregon State University and Penelope Daugherty (collectively, "defendants"), conferred with plaintiff's counsel regarding this motion. Plaintiff's counsel stated that she would not object to an extension until February 15, 2021 and also stated that plaintiff intended to file an amended complaint.

**MOTION**

Defendants request an extension of time to respond to plaintiff's complaint from January 27, 2021 to March 8, 2021 (60 days from the date when defendants accepted service of the complaint by email at plaintiff's request). The extension is necessary because defense counsel was recently retained and needs time to obtain and review background information to prepare a responsive pleading. Additionally, defense counsel has other time-sensitive matters pending, including an arbitration scheduled for February 3-4, 2021.

This motion is not made for any improper purpose or to cause undue delay. This motion is supported by the accompanying declaration of Melissa J. Healy.

DATED: January 26, 2021.

STOEL RIVES LLP

/s/ *Melissa J. Healy*

ANDREA H. THOMPSON, OSB No. 084923
andrea.thompson@stoel.com
MELISSA J. HEALY, OSB No. 102176
melissa.healy@stoel.com
ALISHA L. KORMONDY, OSB No. 173916
alisha.kormondy@stoel.com
Telephone: 503.224.3380

Attorneys for Defendants