Andrea H. Thompson, OSB No. 084923
andrea.thompson@stoel.com
Melissa J. Healy, OSB No. 102176
melissa.healy@stoel.com
Alisha L. Kormondy, OSB No. 173916
alisha.kormondy@stoel.com
STOEL RIVES LLP
760 SW Ninth Avenue, Suite 3000
Portland, OR  97205
Telephone:  503.224.3380
Facsimile:  503.220.2480

Attorneys for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| ELIZABETH ANNE DEVAN-SONG,<br><br>    Plaintiff,<br><br>    v.<br><br>OREGON STATE UNIVERSITY and PENELOPE DAUGHERTY,<br><br>    Defendant. | Case No.: 6:20-cv-02126-MC<br><br>DECLARATION OF MELISSA J. HEALY IN SUPPORT OF MOTION FOR EXTENSION OF TIME TO APPEAR |

I, Melissa J. Healy, declare:

1.  I am counsel for defendants Oregon State University and Penelope Daugherty in this matter.  I make this declaration based on my personal knowledge of the facts and circumstances described.

Page 1  -  DECLARATION OF MELISSA HEALY IN SUPPORT OF MOTION FOR EXTENSION OF TIME TO APPEAR

2.     Defendants request an extension of time to respond to plaintiff's complaint from January 27, 2021 to March 8, 2021 (60 days from the date when defendants accepted service of the complaint by email at plaintiff's request).  The extension is necessary because my firm was recently retained and needs time to obtain and review background information to prepare a responsive pleading.  Additionally, defense counsel has other time-sensitive matters pending, including an arbitration scheduled for February 3-4, 2021.

3.     I conferred with plaintiff's counsel regarding this motion.  Plaintiff's counsel stated that she would not object to an extension until February 15, 2021 and also stated that plaintiff intended to file an amended complaint.

4.     This is defendants' first request for an extension.

5.     The requested extension is not sought for any improper purpose or to cause undue delay.

I hereby declare under penalty of perjury that the foregoing is true and correct.

DATED:  January 26, 2021.

/s/ *Melissa J. Healy*
Melissa J. Healy

Page 2   -   DECLARATION OF MELISSA HEALY IN SUPPORT OF MOTION FOR EXTENSION OF TIME TO APPEAR