**Jennifer J. Middleton**, OSB No. 071510
jmiddleton@justicelawyers.com
**Caitlin V. Mitchell**, OSB No. 123964
cmitchell@justicelawyers.com
JOHNSON JOHNSON LUCAS & MIDDLETON PC
975 Oak Street, Suite 1050
Eugene, OR 97401
Tel: 541-484-2434
Fax: 541-484-0882
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| **ELIZABETH ANNE DEVAN-SONG**, | Case No.: 6:20-cv-02126-MC |
| Plaintiff, | |
| v. | ACKNOWLEDGEMENT OF SERVICE |
| OREGON STATE UNIVERSITY, F. KING ALEXANDER, PENELOPE DAUGHERTY, and CAROL MILLE, | |
| Defendants. | |

I, Melissa Healy, am the attorney for defendants F. King Alexander and Carol Millie. I hereby accept service pursuant to Fed. R. Civ. P. 4(e) of the Summonses, Complaint and Civil Case Assignment Order in the above action and waive all irregularities in the manner of service.

DATED this 8th day of March, 2021.

                 STOEL RIVES LLP

                 */s/ Melissa Healy*
                 Melissa Healy
                 760 SW Ninth Avenue, Suite 3000
                 Portland, OR 97205
                 Attorney for Defendants

Page 1 – ACKNOWLEDGEMENT OF SERVICE

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Oregon

| | | |
|---|---|---|
| Elizabeth Anne Devan-Song, | ) | |
| *Plaintiff(s)* | ) ) ) ) ) | |
| v. | ) | Civil Action No. 6:20-cv-02126-MC |
| Oregon State University, F. King Alexander, Penelope Daugherty, and Carol Millie | ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  F.King Alexander
c/o Melissa Healy
Stoel Rives LLP
760 SW Ninth Ave. Ste. 3000
Portland, OR 97205

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jennifer J. Middleton
Caitlin V. Mitchell
Johnson Johnson Lucas & Middleton PC
975 Oak Street, Suite 1050
Eugene, OR 97401

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**MARY L. MORAN, Clerk of Court**

Date: **02/22/2021**

By: **s/J. Wall, Deputy Clerk**

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Oregon

| | |
|---|---|
| Elizabeth Anne Devan-Song, <br><br> *Plaintiff(s)* <br> v. <br> Oregon State University, F. King Alexander, Penelope Daugherty, and Carol Millie <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 6:20-cv-02126-MC |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Carol Millie
c/o Melissa Healy
Stoel Rives LLP
760 SW Ninth Ave. Ste. 3000
Portland, OR 97205

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jennifer J. Middleton
Caitlin V. Mitchell
Johnson Johnson Lucas & Middleton PC
975 Oak Street, Suite 1050
Eugene, OR 97401

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**MARY L. MORAN**, Clerk of Court

Date: 02/22/2021

By: s/J. Wall, Deputy Clerk