Andrea H. Thompson, OSB No. 084923
andrea.thompson@stoel.com
Melissa J. Healy, OSB No. 102176
melissa.healy@stoel.com
Alisha L. Kormondy, OSB No. 173916
alisha.kormondy@stoel.com
STOEL RIVES LLP
760 SW Ninth Avenue, Suite 3000
Portland, OR  97205
Telephone:  503.224.3380
Facsimile:  503.220.2480

Attorneys for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| ELIZABETH ANNE DEVAN-SONG, | Case No.: 6:20-CV-02126-MC |
| Plaintiff, | AMENDED UNOPPOSED MOTION FOR EXTENSION OF TIME TO APPEAR |
| v. | |
| OREGON STATE UNIVERSITY, F. KING ALEXANDER, PENELOPE DAUGHERTY, and CAROL MILLIE | |
| Defendants. | |

**RULE 7-1 CERTIFICATION**

Pursuant to LR 7-1, counsel for defendants Oregon State University, F. King Alexander, Penelope Daugherty, and Carol Millie (collectively, "defendants"), conferred with plaintiff's counsel regarding this motion and plaintiff's counsel does not object.

Page 1  -  AMENDED UNOPPOSED MOTION FOR EXTENSION OF TIME TO APPEAR

**MOTION**

Defendants request an extension of time to respond to plaintiff's First Amended Complaint from March 5, 2021 to May 21, 2021.  (This request replaces Defendants' previous unopposed motion for an extension, Dkt. #10, and Defendants request that the Court deny that motion as moot.)

The extension until May 21 is necessary because the parties are exploring potential resolution of this matter and now have a mediation scheduled for May 13.  Defendants also request that the existing discovery, dispositive motions, and pretrial deadlines be vacated and reset after the parties have mediated.

This motion is not made for any improper purpose or to cause undue delay.  This motion is supported by the accompanying declaration of Melissa J. Healy.

DATED:  March 16, 2021.

STOEL RIVES LLP

/s/ *Melissa J. Healy*
ANDREA H. THOMPSON, OSB No. 084923
andrea.thompson@stoel.com
MELISSA J. HEALY, OSB No. 102176
melissa.healy@stoel.com
ALISHA L. KORMONDY, OSB No. 173916
alisha.kormondy@stoel.com
Telephone:  503.224.3380

Attorneys for Defendants

Page 2    -    AMENDED UNOPPOSED MOTION FOR EXTENSION OF TIME TO APPEAR

110154170.1 0034488-00018