Andrea H. Thompson, OSB No. 084923
andrea.thompson@stoel.com
Melissa J. Healy, OSB No. 102176
melissa.healy@stoel.com
Alisha L. Kormondy, OSB No. 173916
alisha.kormondy@stoel.com
STOEL RIVES LLP
760 SW Ninth Avenue, Suite 3000
Portland, OR  97205
Telephone:  503.224.3380
Facsimile:  503.220.2480

Attorneys for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| ELIZABETH ANNE DEVAN-SONG,<br><br>    Plaintiff,<br><br>  v.<br><br>OREGON STATE UNIVERSITY, F. KING ALEXANDER, PENELOPE DAUGHERTY, and CAROL MILLIE,<br><br>    Defendants. | Case No.: 6:20-cv-02126-MC<br><br>DECLARATION OF MELISSA J. HEALY IN SUPPORT OF AMENDED UNOPPOSED MOTION FOR EXTENSION OF TIME TO APPEAR |

I, Melissa J. Healy, declare:

1. I am counsel for defendants Oregon State University, F. King Alexander, Penelope Daugherty, and Carol Millie (collectively, "defendants") in this matter.  I make this declaration based on my personal knowledge of the facts and circumstances described.

Page 1  -  DECLARATION OF MELISSA HEALY IN SUPPORT OF AMENDED UNOPPOSED MOTION FOR EXTENSION OF TIME TO APPEAR

2. Defendants request an extension of time to respond to plaintiff's First Amended Complaint from March 5, 2021 to May 21, 2021. (This request replaces Defendants' previous unopposed motion for an extension, Dkt. #10, and Defendants request that the Court deny that motion as moot.)

3. The extension until May 21 is necessary because the parties are exploring potential resolution of this matter and now have a mediation scheduled for May 13. Defendants also request that the existing discovery, dispositive motions, and pretrial deadlines be vacated and reset after the parties have mediated.

4. I conferred with plaintiff's counsel regarding this motion and plaintiff's counsel does not object.

5. This is Defendants' first (amended) request for an extension.

6. The requested extension is not sought for any improper purpose or to cause undue delay.

I hereby declare under penalty of perjury that the foregoing is true and correct.

DATED: March 16, 2021.

/s/ *Melissa J. Healy*
Melissa J. Healy