Andrea H. Thompson, OSB No. 084923
andrea.thompson@stoel.com
Melissa J. Healy, OSB No. 102176
melissa.healy@stoel.com
Alisha L. Kormondy, OSB No. 173916
alisha.kormondy@stoel.com
STOEL RIVES LLP
760 SW Ninth Avenue, Suite 3000
Portland, OR 97205
Telephone: 503.224.3380
Facsimile: 503.220.2480

Attorneys for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| ELIZABETH ANNE DEVAN-SONG,<br><br>        Plaintiff,<br><br>    v.<br><br>OREGON STATE UNIVERSITY, F. KING ALEXANDER, PENELOPE DAUGHERTY, AND CAROL MILLIE,<br><br>        Defendants. | Case No.: 6:20-cv-02126-MC<br><br>STIPULATED GENERAL JUDGMENT OF DISMISSAL WITH PREJUDICE |

///

///

///

///

Page 1    -

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate that this case is dismissed with prejudice, without costs or attorneys' fees to any party, and with no right of appeal.

DATED: _____

_____
Honorable Judge Michael J. McShane

**IT IS SO STIPULATED:**

| JOHNSON JOHNSON LUCAS & MIDDLETON PC | STOEL RIVES LLP |
|---|---|
| /s/ *Jennifer J. Middleton* | /s/ *Melissa J. Healy* |
| JENNIFER J. MIDDLETON, OSB No. 071510  
jmiddleton@justicelawyers.com  
CAITLIN V. MITCHELL, OSB No. 123964  
cmitchell@justicelawyers.com  
Telephone: 541.484.2434  

Attorneys for Plaintiff Elizabeth Anne Devan-Song | ANDREA H. THOMPSON, OSB No. 084923  
andrea.thompson@stoel.com  
MELISSA J. HEALY, OSB No. 102176  
melissa.healy@stoel.com  
ALISHA L. KORMONDY, OSB No. 173916  
alisha.kormondy@stoel.com  
Telephone: 503.224.3380  

Attorneys for Defendants Oregon State University, F. King Alexander, Penelope Daugherty and Carol Millie |