Andrea H. Thompson, OSB No. 084923
andrea.thompson@stoel.com
Melissa J. Healy, OSB No. 102176
melissa.healy@stoel.com
Alisha L. Kormondy, OSB No. 173916
alisha.kormondy@stoel.com
STOEL RIVES LLP
760 SW Ninth Avenue, Suite 3000
Portland, OR 97205
Telephone: 503.224.3380
Facsimile: 503.220.2480

    Attorneys for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| ELIZABETH ANNE DEVAN-SONG, | Case No.: 6:20-cv-02126-MC |
| Plaintiff, | STIPULATED GENERAL JUDGMENT OF DISMISSAL WITH PREJUDICE |
| v. | |
| OREGON STATE UNIVERSITY, F. KING ALEXANDER, PENELOPE DAUGHERTY, AND CAROL MILLIE, | |
| Defendants. | |

///

///

///

///

Page 1 -

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate that this case is dismissed with prejudice, without costs or attorneys' fees to any party, and with no right of appeal.

DATED: 5/25/2021

        s/Michael J. McShane
        Honorable Judge Michael J. McShane

**IT IS SO STIPULATED:**

| JOHNSON JOHNSON LUCAS & MIDDLETON PC | STOEL RIVES LLP |
|---|---|
| /s/ *Jennifer J. Middleton* <br> JENNIFER J. MIDDLETON, OSB No. 071510 <br> jmiddleton@justicelawyers.com <br> CAITLIN V. MITCHELL, OSB No. 123964 <br> cmitchell@justicelawyers.com <br> Telephone: 541.484.2434 <br><br> Attorneys for Plaintiff Elizabeth Anne Devan-Song | /s/ *Melissa J. Healy* <br> ANDREA H. THOMPSON, OSB No. 084923 <br> andrea.thompson@stoel.com <br> MELISSA J. HEALY, OSB No. 102176 <br> melissa.healy@stoel.com <br> ALISHA L. KORMONDY, OSB No. 173916 <br> alisha.kormondy@stoel.com <br> Telephone: 503.224.3380 <br><br> Attorneys for Defendants Oregon State University, F. King Alexander, Penelope Daugherty and Carol Millie |